NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JUNIPER NETWORKS, INC.,**
*Appellant*

**v.**

**HUAWEI TECHNOLOGIES CO., LTD.,**
*Cross-Appellant*

_____

2022-1529, 2022-1574

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01130.

_____

**JUDGMENT**

_____

JONATHAN STUART KAGAN, Irell & Manella LLP, Los Angeles, CA, argued for appellant.  Also represented by JONATHAN M. LINDSAY, Newport Beach, CA.

ROBERT COURTNEY, Fish & Richardson PC, Minneapolis, MN, argued for cross-appellant.  Also represented by PATRICK BISENIUS, MICHAEL TIMOTHY HAWKINS; DAVID M. BARKAN, Redwood City, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 7, 2023 | /s/ Jarrett B. Perlow |
|---|---|
| Date | Jarrett B. Perlow |
| | Acting Clerk of Court |